| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| ZAZELLA & SINGER, ESQS.<br>195 ROUTE 46 WEST, SUITE 3<br>TOTOWA, NEW JERSEY 07512<br>973-696-1700 Telephone<br>973-870-4877 Telefax<br>*Attorneys for 331 Main Street Associates, LLC*<br>*c/o Broadway Pizza*<br>LSS-7914 | CASE NO: 24-14185<br><br>CHAPTER 13<br><br>JUDGE: ROSEMARY GAMBARDELLA |
| Re:<br><br>LAURA MENDOZA GARCIA,<br><br>Debtor. | |

**CREDITOR'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

*331 Main Street Associates, LLC c/o Broadway Pizza*, *Creditor*, by way of objection to the Debtor's proposed Plan respectfully objects as follows:

- The Debtor has failed to provide an accurate valuation of Debtor's property.

- The Plan does not appear to be feasible pursuant to 11 U.S.C. § 1325(a)(6), as the Debtor will be unable to make payments under the Plan and comply with the Plan.

- Based upon the value of the Debtor's property, the Plan must pay creditors 100%.

- Debtor has failed to assume any lease.

- Debtor's Plan has failed to cure any lease arrears.

**WHEREFORE**, *331 Main Street Associates, LLC c/o Broadway Pizza*, *Creditor,* prays that Confirmation of Debtor's Chapter 13 Plan be denied.

                                                **ZAZELLA & SINGER, ESQS.**
                                                ***Attorneys for 331 Main Street Associates, LLC***
                                                ***c/o Broadway Pizza***

*Dated: June 18, 2024*          BY:    */s/ Leonard S. Singer*
                                                     *LEONARD S. SINGER, ESQ.*