Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−14185−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Laura Mendoza Garcia
   dba S&S Party Center II LLC
   15 Mohawk Avenue
   Hawthorne, NJ 07506

Social Security No.:
   xxx−xx−4960

Employer's Tax I.D. No.:
   45−2719861

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/18/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 18, 2024
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Laura Mendoza Garcia  
    Debtor

Case No. 24-14185-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Jul 18, 2024      Form ID: 148      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura Mendoza Garcia, 15 Mohawk Avenue, Hawthorne, NJ 07506-3828 |
| cr | + | 331 Main Street Associates, LLC c/o Broadway Pizza, Zazella and Singer, Esqs., 195 Route 46 West, Suite 3, Totowa, NJ 07512 UNITED STATES 07512-1833 |
| 520235450 | + | 331 Main Street Associates LLC, C/O Broadway Pizza, 56 Broadway, PATERSON, NJ 07505-1105 |
| 520235455 | + | Dean J Despotovich, 328 CLIFTON AVE, Clifton, NJ 07011-2228 |
| 520235457 | + | S&S Party Center II LLC, S&S Party Center II, 329 Main Street, Paterson, NJ 07505-1842 |
| 520244440 | + | U.S. Small Business Administration (SBA), c/o Casey Sieck, 10 Causeway Street, Room 265, Boston, MA 02222-1093 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2024 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2024 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520235452 | + | EDI: BANKAMER | Jul 19 2024 00:37:00 | BANK OF AMERICA, PO Box 15019, WILMINGTON, DE 19850-5019 |
| 520235451 | + | EDI: BANKAMER | Jul 19 2024 00:37:00 | BANK OF AMERICA, PO BOX 15796, WILMINGTON, DE 19886-5796 |
| 520317634 | | EDI: BANKAMER | Jul 19 2024 00:37:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520235453 | + | EDI: CAPITALONE.COM | Jul 19 2024 00:37:00 | CAPITAL ONE, PO Box 4069, CAROL STREAM, IL 60197-4069 |
| 520284713 | + | EDI: AIS.COM | Jul 19 2024 00:37:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520235454 | | EDI: JPMORGANCHASE | Jul 19 2024 00:37:00 | CHASE BUSINESS, CARDMEMBER SERVICE, PO Box 1423, Charlotte, NC 28201 |
| 520271558 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 18 2024 20:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520235456 | + | Email/Text: BKMAIL@planethomelending.com | Jul 18 2024 20:54:00 | Planet Home Lending, 321 Research Parkway Ste 303, Meriden, CT 06450-8342 |
| 520299907 | + | Email/Text: BKMAIL@planethomelending.com | Jul 18 2024 20:54:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520235458 | + | Email/Text: BhamBankruptcy@sba.gov | Jul 18 2024 20:54:00 | SBA, SBA DISASTER LOAN SERV. CTR, 2 North 20th St, Birmingham, AL 35203-4007 |

TOTAL: 12

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 18, 2024 | Form ID: 148 | Total Noticed: 18 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2024                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:

**Name**  **Email Address**

Dean J. Despotovich
on behalf of Debtor Laura Mendoza Garcia djdatty@aol.com
g17602@notify.cincompass.com;despotovich.deanb131348@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor PLANET HOME LENDING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Leonard S Singer
on behalf of Creditor 331 Main Street Associates  LLC c/o Broadway Pizza zsbankruptcy@gmail.com, r57125@notify.bestcase.com

Marie-Ann Greenberg
magecf@magtrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5